**FILED**

August 26, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| A.A., BY AND THROUGH HER MOTHER, BETH ADAMS, AND BETH ADAMS PLAINTIFFS, | § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:24-CV-1070-RP |
| LONE STAR REGION VOLLEYBALL ASSOCIATION, INC., ET AL. DEFENDANTS. | § § § § | |

## ORDER

Pending before the Court is a request for approval of a settlement between some of the parties in this case.  For due cause, it is hereby:

ORDERED AND ADJUDGED as follows:

1.      This Court hereby accepts and approves the Settlement Agreement and General Release ("Agreement") that the Plaintiffs and Austin Performance Volleyball, Inc. ("APV") (these specific parties are referred to as the "Settling Parties") entered into and holds that the Agreement is fair and reasonable and protects the interests of the minor child A.A.

2.      This Court dismisses with prejudice APV from this action (and not the other Defendants).  The Settling Parties shall bear their own attorneys' fees and costs against each other except as provided by the Agreement.

**IT IS SO ORDERED** this _26th_ day of _August_, 2025

_____
HONORABLE ROBERT PITMAN, U.S. DISTRICT JUDGE